Case 1:21-cr-20330-JLK Document 1 Entered on FLSD Docket 06/04/2021 Page 1 of 5

FILED by KS D.C.

Jun 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20330-CR-KING/BECERRA**

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

PHILLIP BRANDON O'HARA,

       **Defendant.**
_____/

## INFORMATION

The Acting United States Attorney charges that:

From on or about June 10, 2016, through on or about December 8, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILLIP BRANDON O'HARA,**

did knowingly and willfully embezzle, steal, and purloin and convert to his own use, money of the United States and a department and agency thereof, that is, the United States Department of Education, the aggregate of which exceeded $1,000.00, that is, Federal Work-Study Program Benefits, to which the defendant was not entitled, in violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **PHILLIP BRANDON O'HARA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Information, the defendant shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code Section 981(a)(1)(C).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   a. A sum of approximately $15,390.00 which represents the total amount of proceeds traceable to the violations of Title 18, United States Code, Section 641 as alleged in the Indictment and which may be sought as a forfeiture money judgment.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

MANOLO REBOSO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**PHILLIP BRANDON O'HARA**

**Superseding Case Information:**

_____Defendant._____/

| | |
|---|---|
| **Court Division:** (Select One) | New defendant(s) Yes ___ No ___ |
| ✓ Miami ___ Key West | Number of new defendants ___ |
| ___ FTL ___ WPB ___ FTP | Total number of counts ___ |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days       ✓            Petty       ___
   II   6 to 10 days      ___          Minor       ___
   III  11 to 20 days     ___          Misdem.     ___
   IV   21 to 60 days     ___          Felony      ✓
   V    61 days and over  ___

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     Yes ___   No ✓

_____
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 75397

\*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** PHILLIP BRANDON O'HARA

**Case No:** _____

Count #: 1

Theft of Government Funds

Title 18, United States Code, Section 641

**\*Max. Penalty:** Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| Phillip Brandon O'Hara, | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Sidney Fleischman
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*